This cause came on to be beard upon tbe demurrer of tbe respondents to tbe relator’s petition, and was argued by counsel. On consideration whereof, it is ordered and adjudged that said demurrer be, and tbe same hereby is, sustained for tbe reason that tbe writ of prohibition cannot be made to serve tbe purpose of a proceeding in error to correct mistakes of a lower court in deciding questions of law within its jurisdiction.
 
 State, ex rel. Barbee, Exr.,
 
 v.
 
 Allen, Probate Judge,
 
 96 Ohio St., 10;
 
 State, ex rel. Carmody,
 
 v.
 
 Justice, Judge,
 
 114 Ohio St., 94, and
 
 Silliman
 
 v.
 
 Court of Common Pleas,
 
 126 Ohio St., 338.
 

 It is therefore ordered and adjudged that tbe petition of tbe relator be, and tbe same hereby is, dismissed.
 

 Petition dismissed.
 

 Weygandt, C. J., Stephenson, Jones, Zimmerman and Wilkin, JJ., concur.
 

 Matthias and Bevis, JJ., not participating..